RICHARD JAMESON ET AL. *v.* PATRICK BRINKLEY ET AL.

KING, C. J., ALCORN, HOUSE, THIM and RYAN, Js.

Argued December 9—decided December 10, 1969

*William V. Dworski,* for the appellants (plaintiffs).

*Manuel B. Clark,* for the appellee (defendant Dignazio).

PER CURIAM. The charge failed to distinguish between an admission and an inconsistent statement. *Sears* v. *Curtis,* 147 Conn. 311, 315, 160 A.2d 742.

There is error, the judgment is set aside and a new trial is ordered.